**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THURMAN GAINES, | No. ED CV 24-1680-JVS(E) |
|     Petitioner, | |
|   v. | ORDER ACCEPTING FINDINGS, |
| TRAVIS PENNINGTON, | CONCLUSIONS AND RECOMMENDATIONS |
|     Respondent. | OF UNITED STATES MAGISTRATE JUDGE |

1    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 18, 2024.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE