# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES, | No. ED CV 24-1680-JVS(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| TRAVIS PENNINGTON, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 18, 2024.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE